**Rose A. SCHULTZ, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 06–3313.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2007.

Before LOURIE, PROST, and MOORE, Circuit Judges.

*JUDGMENT*

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.